**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1742**

In re:  DISTRICT CLERK'S OFFICE OPERATIONS,

-------------------------------

MARIE THERESE ASSA'AD-FALTAS,

Movant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  R. Bryan Harwell, Chief District Judge.  (3:21-mc-00341-RBH)

Submitted:  January 24, 2023                                          Decided:  February 1, 2023

Before NIEMEYER, DIAZ, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas appeals the district court's order accepting the magistrate judge's recommendation to deny Assa'ad-Faltas' motion for a temporary restraining order or for a preliminary injunction. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Assa'ad-Faltas' motion. *Roe v. Dep't of Def.*, 947 F.3d 207, 219 (4th Cir. 2020) (stating standard of review). Accordingly, we affirm the district court's order. *In re Dist. Clerk's Off. Operations*, No. 3:21-mc-00341-RBH (D.S.C. Oct. 29, 2021). We deny as moot Assa'ad-Faltas' motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*